IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CELSO ROMERO-FIGUEROA

Petitioner

vs                                                  CIVIL 98-1938CCC

LUIS MALAVE, Warden

Respondent

## JUDGMENT

Having considered the Magistrate Judge's Report and Recommendation (docket entry 7), to which no objections have been filed, the Court hereby ADOPTS the recommendation and DISMISSES the petition.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 4th, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: Celso Romero
OCT - 6 1999

AO 72A
(Rev.8/82)